**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
455 University Avenue, Suite 360
Sacramento, California 95825
Telephone No: (916) 920-2856
Facsimile No: (916) 920-2857

Attorneys for Defendants
FIRST NATIONAL INSURANCE COMPANY and
SAFECO INSURANCE COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MARTINEZ, | CASE NO.: CIV.S-04-1446 LKK EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| vs. | |
| FIRST NATIONAL INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each side is to bear their own costs and attorney's fees.

DATED: October 17, 2006                         **LAW OFFICES OF NATHANIEL POTRATZ**


                                                By:   **/S/ NATHANIEL POTRATZ**
                                                      NATHANIEL POTRATZ
                                                      Attorney for Plaintiff

STIPULATION OF DISMISSAL
- 1 -

| | | |
|---|---|---|
| 1 | DATED: October  30, 2006 | **THE COSTA LAW FIRM** |
| 2 | | |
| 3 | | By:  **/S/   DANIEL P. COSTA** |
| | | DANIEL P. COSTA |
| | | Attorneys for Defendants |
| 4 | | FIRST NATIONAL INSURANCE COMPANY |
| | | and SAFECO INSURANCE COMPANY OF |
| 5 | | AMERICA |

**IT IS SO ORDERED.**

DATED: November 15, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT